374 A.2d 717

Failla, et ux., Appellants, v. Central Warehouse
Sales Corp., et al.

Argued March 22, 1977.   John R. Bonner, with him
Michael J. Casale, for appellants;  James M. Howley, with
him James W. Scanlon, Sr., for appellees.

Judgment affirmed.

374 A.2d 718

Ferree, et al. v. Butler Area Sewer Authority, Appellant.

Argued April 14, 1977.   Lee
C. McCandless, with him William C. Robinson, for appellant;
Leo M. Stepanian, with him Brydon & Stepanian, for appel-
lees.

Judgment affirmed.

VAN der VOORT, J., absent.